IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SCOTTIE FITZGERALD ROWELL,    ) | |
| ) | |
| Petitioner,    ) | |
| ) | |
| vs.    ) | CASE NO 3:13-cv-124-WHA |
| ) | |
| KENNETH JONES, et al.,    ) | (WO) |
| ) | |
| Respondents.    ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #25), entered on May 20, 2016.  After being granted an extension of time to file an objection, no timely objection has been filed to the Recommendation, and after an independent evaluation and *de novo* review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this § 2254 petition for habeas corpus relief is DENIED, and this case is DISMISSED with prejudice because this case is barred by the one-year statute of limitations established by 28 U.S.C. § 2244(d).

DONE this 6th day of July, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE